**DISMISS and Opinion Filed July 13, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00387-CV

## IN THE INTEREST OF R.D.W., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-11577**

## MEMORANDUM OPINION
Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Smith

This appeal follows the associate judge's hearing in a family law matter. Because an appeal from an associate judge's ruling is to the referring court, and not the court of appeals, *see* TEX. FAM. CODE ANN. § 201.015, we questioned our jurisdiction over the appeal. Although we gave appellant an opportunity to show cause why the appeal should not be dismissed and cautioned her that failure to do so by June 21, 2021 could result in dismissal of the appeal without further notice, appellant has not responded. *See* TEX. R. APP. P. 42.3(a),(c). Accordingly, on the record before us, we dismiss the appeal. *See id.* 42.3(a).

/Craig Smith/
CRAIG SMITH
JUSTICE

210387F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF R.D.W., A CHILD

No. 05-21-00387-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-08-11577. Opinion delivered by Justice Smith, Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Reginald White, Sr. recover his costs, if any, of this appeal from appellant Kimbley Green.

Judgment entered July 13, 2021.